UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __14-5800__

Case Name: United States vs. Houston

**Names of all Clients:** (List all clients on this form, do not file a separate appearance form for each client.)

National Association of Criminal Defense Lawyers

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.  ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: Candace C. Crouse    Admitted: Dec. 13, 2002
(Sixth Circuit admission date only)

Signature: /s/ Candace C. Crouse

Firm Name: Pinales Stachler Young Burrell & Crouse, Co., LPA

Business Address: 455 Delta Ave.

Suite: 105    City/State/Zip: Cincinnati, Ohio 45226

Telephone Number (Area Code): 513-252-2732

Email Address: ccrouse@pinalesstachler.com

---

CERTIFICATE OF SERVICE

I certify that on 2/29/2016 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Candace C. Crouse

---

6ca-68
8/14